# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ARENDS, JOHN § Case No. 12-09843-BWB
    ARENDS, KELLIE § 
 § 
Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S Dearborn Street
Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:00am on 08/28/2015 in Courtroom         , United States Courthouse, 150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  07/20/2015          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                        Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: ARENDS, JOHN | § | Case No. 12-09843-BWB |
| ARENDS, KELLIE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                     $     247,853.21

*and approved disbursements of*                          $     174,035.46

*leaving a balance on hand of*  [1]                       $      73,817.75

**Balance on hand:**                                     $      73,817.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $        0.00
Remaining balance:                        $   73,817.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 12,943.32 | 0.00 | 12,943.32 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 2,430.00 | 2,430.00 | 0.00 |
| Attorney for Trustee, Expenses - Law Offices of William J. Factor | 53.66 | 53.66 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $   12,943.32
Remaining balance:                                        $   60,874.43

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 60,874.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 60,874.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,758.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AmeriCredit Financial Services, Inc. | 5,421.33 | 0.00 | 5,421.33 |
| 2 | Rjm Acquisitions Llc | 332.79 | 0.00 | 332.79 |
| 3 | Portfolio Recovery Associates, LLC | 579.29 | 0.00 | 579.29 |
| 4 | Capital One Bank (USA), N.A. | 524.17 | 0.00 | 524.17 |
| 5 | Capital One Bank (USA), N.A. | 646.75 | 0.00 | 646.75 |
| 6 | FORD MOTOR CREDIT COMPANY LLC | 13,433.37 | 0.00 | 13,433.37 |
| 7 | American InfoSource LP as agent for | 821.17 | 0.00 | 821.17 |

Total to be paid for timely general unsecured claims: $ 21,758.87
Remaining balance: $ 39,115.56

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 39,115.56 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 39,115.56 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $128.77.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 38,986.79.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                        Case No. 12-09843-BWB
John Roger Arends                                             Chapter 7
Kellie Renee Arends
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: corrinal              Page 1 of 3              Date Rcvd: Jul 22, 2015
                              Form ID: pdf006             Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2015.
db/jdb         +John Roger Arends,    Kellie Renee Arends,    24461 Moorman Avenue,    Channahon, IL 60410-9712
aty            +William J. Factor, Ltd.,    105 W. Madison, Suite 1500,    Chicago, IL 60602-4602
18882998      ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:    AmeriCredit Financial Services, Inc.,     PO Box 183853,
                Arlington, Texas   76096)
18614512      ++ASSET MANAGEMENT OUTSOURCING RECOVERIES INC,     19401 40TH AVE W #130,    LYNNWOOD WA 98036-5600
                (address filed with court:    AMO Recoveries,    Bankruptcy Department,    3120 McDougall Ave.,
                Everett, WA 98201)
18614506       +AT&T,   Bankruptcy Dept.,    1585 Waukegan Road,    Waukegan, IL 60085-6727
18614516       +Assoc. Radiologists/Joliet,    Attn: Bankruptcy Department,    1301 Copperfield,
                Joliet, IL 60432-2054
18614500       +BYL Collection Services LLC,    Bankruptcy Department,    301 Lacey St.,
                West Chester, PA 19382-3727
18614484      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:    Capital One,   Attn: Bankruptcy Dept.,    Po Box 85520,
                Richmond, VA 23285)
18964790        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
18614494       +Cardinal Fitnett,    Bankruptcy Dept,    2465 E. Joliet Hwy,   New Lenox, IL 60451-2592
18614490       +Cash Store #335,    Bankruptcy Department,    1701 N. Larkin Ave.,   Crest Hill, IL 60403-1970
18614462       +Comcast,   C/O Credit Protection ASSO,     13355 Noel Rd Ste 2100,   Dallas, TX 75240-6837
18614475       +Comcast Chicago Seconds - 2000,    C/O Credit Management LP,    4200 International Pkwy,
                Carrollton, TX 75007-1912
18614493       +Cricket Wireless,    Attn: Bankruptcy Dept.,    10307 Pacific Center Driv,
                San Diego, CA 92121-4340
18614504       +EM Strategies Inc,    Bankruptcy Department,    PO Box 1208,   Bedford Park, IL 60499-1208
18614495       +ENT Surgical Consultants,    Bankruptcy Department,    2201 Glenwood Ave.,
                Joliet, IL 60435-5660
18614485       +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
18614486       +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
18614477       +FORD CRED,    Attn: Bankruptcy Dept.,    Po Box Box 542000,   Omaha, NE 68154-8000
18614508      ++FORD MOTOR CREDIT COMPANY,     P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:    Ford Motor Credit Company,    Bankruptcy Department,    PO Box 537901,
                Livonia, MI 48153-7901)
18972655       +FORD MOTOR CREDIT COMPANY LLC,    FREEDMAN ANSELMO LINDBERG LLC,    1807 WEST DIEHL ROAD #333,
                NAPERVILLE, IL 60563-1890
18614476       +First Collection SVCS,    Attn: Bankruptcy Dept.,    10925 Otter Creek Rd E,
                Mabelvale, AR 72103-1661
18614492       +GM Financial,    Attn: Bankruptcy Department,    PO Box 183123,   Arlington, TX 76096-3123
18614479       +HSBC,   C/O Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
18614517       +Hedges Clinic/Frankfort-Joliet,    Bankruptcy Department,    222 Colorado,
                Frankfort, IL 60423-1334
18614466       +ICE Mountain Spring Water,    C/O Caine & Weiner,    Po Box 5010,   Woodland Hills, CA 91365-5010
18614514       +Lincolnway Medical Associates,    Attn: Bankruptcy Dept.,    PO Box 1184,
                Bedford Park, IL 60499-1184
18963784      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:    Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk VA 23541)
18614505       +Parkview Orthopaedic Group, SC,    Bankruptcy Department,    7600 W. College Dr.,
                Palos Heights, IL 60463-1066
18614489       +Portfolio Recovery & Affil.,    Bankruptcy Department,    120 Corporate Blvd., Ste. 1,
                Norfolk, VA 23502-4962
18614482       +Professional Collection Consul,    C/O Merchants Credit Guide,    223 W Jackson Blvd Ste 4,
                Chicago, IL 60606-6908
18614496       +Ridgewood Baptist Academy,    Attn: Bankruptcy Dept.,    1968 Hillcrest Road,
                Joliet, IL 60433-9799
18936334        Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-4437
18614515       +Silver Cross Hospital,    Attn: Bankruptcy Department,    1200 Maple Rd,    Joliet, IL 60432-1497
18614481       +Sprint,   C/O Convergent Outsourcing,    800 Sw 39Th St,    Renton, WA 98057-4975
18614483       +Target Stores - Retailers NATI,    C/O RJM ACQ LLC,    575 Underhill Blvd Ste 2,
                Syosset, NY 11791-3426
18614497       +Tiger Kwons Martial Arts,    Attn: Bankruptcy Dept.,    352 W. Maple Street,
                New Lenox, IL 60451-2953
18614499       +Total Gym Fitness, LLC,    Bankruptcy Department,    1230 American Blvd.,
                West Chester, PA 19380-4264
18614487       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,   Chester, PA 19016-1000
18614491       +USA Payday Loans,    Bankruptcy Department,    1048 N. Farnsworth Ave.,    Aurora, IL 60505-2008
18614463       +Vision Financial Servi,    Attn: Bankruptcy Dept.,    1900 Whirlpool Dr,
                La Porte, IN 46350-2708
18614509       +Will County Circuit Court,    Doc #2011 AR 01807,    14 W. Jefferson St,    Joliet, IL 60432-4300
```

```
District/off: 0752-1          User: corrinal               Page 2 of 3                   Date Rcvd: Jul 22, 2015
                              Form ID: pdf006              Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18614507       +E-mail/PDF: recoverybankruptcy@afninet.com Jul 23 2015 01:19:16      AFNI,
                 Bankruptcy Department,    PO Box 3097,   Bloomington, IL 61702-3097
18614478       +E-mail/Text: bknotice@erccollections.com Jul 23 2015 01:28:10      AT T,
                 C/O Enhanced Recovery CO L,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
19077855        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 22 2015 11:30:00
                 American InfoSource LP as agent for,    US Cellular,   PO Box 248838,
                 Oklahoma City, OK   73124-8838
18614467       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 23 2015 01:28:25      Charter ONE BANK Checking,
                 C/O Jefferson Capital SYST,    16 Mceland Rd,   Saint Cloud, MN 56303-2198
18614471       +E-mail/Text: clerical.department@yahoo.com Jul 23 2015 01:26:43      Creditors Collection B,
                 Attn: Bankruptcy Dept.,    755 Almar Pkwy,   Bourbonnais, IL 60914-2393
18614470       +E-mail/Text: clerical.department@yahoo.com Jul 23 2015 01:26:43
                 Creditors Collection Bureau, Inc.,    755 Almar Pkwy,   Bourbonnais, IL 60914-2393
18614461       +E-mail/PDF: recoverybankruptcy@afninet.com Jul 23 2015 01:19:40      DISH Network,
                 C/O Afni, INC.,    Po Box 3097,   Bloomington, IL 61702-3097
18614503       +E-mail/Text: bankruptcy@icsystem.com Jul 23 2015 01:29:04      IC Systems Inc.,
                 Bankruptcy Department,    444 Highway 96E,   Saint Paul, MN 55127-2557
18614464       +E-mail/Text: bankruptcy@icsystem.com Jul 23 2015 01:29:04      NU WAY/TINLEY PARK DISPOSAL,
                 C/O I C System INC,    Po Box 64378,   Saint Paul, MN 55164-0378
18614501       +E-mail/Text: rayres@nicor.com Jul 23 2015 01:27:02      Nicor Advanced Energy,
                 Attn: Bankruptcy Dept.,    PO Box 30093,   Holtsville, NY 48909-7593
18614502       +E-mail/Text: arprimemail@primetherapeutics.com Jul 23 2015 01:28:13      Prime Therapeutics,
                 Attn: Bankruptcy Department,    PO Box 650041,   Dallas, TX 75265-0041
18614513       +E-mail/Text: bankruptcy@sw-credit.com Jul 23 2015 01:28:04      Southwest Credit,
                 Bankruptcy Dept,    4120 International Pkwy #1100,   Carrollton, TX 75007-1958
18614465       +E-mail/Text: bknotice@erccollections.com Jul 23 2015 01:28:10      Sprint,
                 C/O Enhanced Recovery CO L,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
18614511        Fax: 866-419-3894 Jul 23 2015 01:55:31      US Cellular,   Bankruptcy Department,   PO Box 7835,
                 Madison, WI 53707-7835
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18614488*     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One,    Attn: Bankruptcy Dept.,   Po Box 85520,
                 Richmond, VA 23285)
18614472*      +Creditors Collection B,    Attn: Bankruptcy Dept.,   755 Almar Pkwy,
                 Bourbonnais, IL 60914-2393
18614473*      +Creditors Collection B,    Attn: Bankruptcy Dept.,   755 Almar Pkwy,
                 Bourbonnais, IL 60914-2393
18614474*      +NU WAY/TINLEY PARK DISPOSAL,    C/O I C System INC,   Po Box 64378,   Saint Paul, MN 55164-0378
18614480*      +NU WAY/TINLEY PARK DISPOSAL,    C/O I C System INC,   Po Box 64378,   Saint Paul, MN 55164-0378
18614518*      +Silver Cross Hospital,    Attn: Bankruptcy Department,   1200 Maple Rd,   Joliet, IL 60432-1497
18614468*      +Vision Financial Servi,    Attn: Bankruptcy Dept.,   1900 Whirlpool Dr,
                 La Porte, IN 46350-2708
18614469*      +Vision Financial Servi,    Attn: Bankruptcy Dept.,   1900 Whirlpool Dr,
                 La Porte, IN 46350-2708
18614498       ##+American Acceptance Co.,    Bankruptcy Dept,   99 East 86th Ave # G,
                 Merrillville, IN 46410-6267
18614510       ##+Freedman Anselmo Lindberg &,    2011 AR 01807,   1807 W. Diehl Rd.,   Naperville, IL 60563-1890
                                                                                               TOTALS: 0, * 8, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2015                                  Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: corrinal              Page 3 of 3                  Date Rcvd: Jul 22, 2015
                              Form ID: pdf006             Total Noticed: 56
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2015 at the address(es) listed below:
              Alyssa A Davis     on behalf of Joint Debtor Kellie Renee Arends ndil@geracilaw.com
              Alyssa A Davis     on behalf of Debtor John Roger Arends ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas B Sullivan     tsullivan@wfactorlaw.com,   IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
                                                                                           TOTAL: 4
```