# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: ARENDS, JOHN | § | Case No. 12-09843-BWB |
| ARENDS, KELLIE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $10,975.00 _(without deducting any secured claims)_ | Assets Exempt: $25,600.00 |
| Total Distribution to Claimants: $98,955.28 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $94,657.42 | |

3) Total gross receipts of $ 247,853.21 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 54,240.51 (see **Exhibit 2**), yielded net receipts of $193,612.70 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $77,060.36 | $77,060.36 | $77,060.36 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 94,657.42 | 94,657.42 | 94,657.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 21,894.92 | 21,894.92 | 21,894.92 |
| **TOTAL DISBURSEMENTS** | $0.00 | $193,612.70 | $193,612.70 | $193,612.70 |

4) This case was originally filed under Chapter 7 on March 13, 2012. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/25/2015            By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY CASE/WIFE | 1142-000 | 247,853.21 |
| **TOTAL GROSS RECEIPTS** | | **$247,853.21** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KELLIE ARENDS | EXEMPTION TO DEBTOR | 8100-002 | 15,000.00 |
| ARENDS, JOHN | Dividend paid  99.96% on $39,253.86; Claim# SURPLUS; Filed: $39,253.86; Reference: | 8200-002 | 39,240.51 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$54,240.51** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LINCOLN WAY MEDICAL ASSOCIATES | 4220-000 | N/A | 200.00 | 200.00 | 200.00 |
| | PARKVIEW ORTHOPEDICS | 4220-000 | N/A | 50.00 | 50.00 | 50.00 |
| | PAIN AND SPINE INSTITUTE | 4220-000 | N/A | 35,000.00 | 35,000.00 | 35,000.00 |
| | SOUTHWEST SPINE & ORTHO | 4220-000 | N/A | 1,146.66 | 1,146.66 | 1,146.66 |
| | HINSDALE ORTHOPEDICS | 4220-000 | N/A | 18,270.00 | 18,270.00 | 18,270.00 |
| | RUSH COPLEY MEMORIAL HOSPITAL | 4220-000 | N/A | 3,287.70 | 3,287.70 | 3,287.70 |
| | VALLEY IMAGING CONSULTANTS | 4220-000 | N/A | 326.00 | 326.00 | 326.00 |
| | PROGRESSIVE SURGICAL ASSOCIATES | 4220-000 | N/A | 4,700.00 | 4,700.00 | 4,700.00 |
| | EPIC SURGICAL ASSISTANTS | 4220-000 | N/A | 4,575.00 | 4,575.00 | 4,575.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NUWAVE MONITORING, LLC | 4220-000 | N/A | 1,080.00 | 1,080.00 | 1,080.00 |
| IL HEALTHCARE AND FAMILY SERVICES | 4220-000 | N/A | 8,425.00 | 8,425.00 | 8,425.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $77,060.36 | $77,060.36 | $77,060.36 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 12,943.32 | 12,943.32 | 12,943.32 |
| Law Offices of William J. Factor | 3210-000 | N/A | 2,430.00 | 2,430.00 | 2,430.00 |
| Law Offices of William J. Factor | 3220-000 | N/A | 53.66 | 53.66 | 53.66 |
| Rabobank, N.A. | 2600-000 | N/A | 178.24 | 178.24 | 178.24 |
| Rabobank, N.A. | 2600-000 | N/A | 403.75 | 403.75 | 403.75 |
| Rabobank, N.A. | 2600-000 | N/A | 355.66 | 355.66 | 355.66 |
| WHITESIDE & GOLDBERG, LTD | 3210-600 | N/A | 71,000.00 | 71,000.00 | 71,000.00 |
| WHITESIDE & GOLDBERG, LTD | 3220-610 | N/A | 6,342.86 | 6,342.86 | 6,342.86 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 235.33 | 235.33 | 235.33 |
| Rabobank, N.A. | 2600-000 | N/A | 318.67 | 318.67 | 318.67 |
| Rabobank, N.A. | 2600-000 | N/A | 177.19 | 177.19 | 177.19 |
| Rabobank, N.A. | 2600-000 | N/A | 112.13 | 112.13 | 112.13 |
| Rabobank, N.A. | 2600-000 | N/A | 106.61 | 106.61 | 106.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $94,657.42 | $94,657.42 | $94,657.42 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AmeriCredit Financial Services, Inc. | 7100-000 | N/A | 5,421.33 | 5,421.33 | 5,421.33 |
| 1I | AmeriCredit Financial Services, Inc. | 7990-000 | N/A | 33.90 | 33.90 | 33.90 |
| 2 | Rjm Acquisitions Llc | 7100-000 | N/A | 332.79 | 332.79 | 332.79 |
| 2I | Rjm Acquisitions Llc | 7990-000 | N/A | 2.08 | 2.08 | 2.08 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 579.29 | 579.29 | 579.29 |
| 3I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 3.62 | 3.62 | 3.62 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 524.17 | 524.17 | 524.17 |
| 4I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 3.28 | 3.28 | 3.28 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 646.75 | 646.75 | 646.75 |
| 5I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 4.04 | 4.04 | 4.04 |
| 6 | FORD MOTOR CREDIT COMPANY LLC | 7100-000 | N/A | 13,433.37 | 13,433.37 | 13,433.37 |
| 6I | FORD MOTOR CREDIT COMPANY LLC | 7990-000 | N/A | 84.00 | 84.00 | 84.00 |
| 7 | American InfoSource LP as agent for | 7100-000 | N/A | 821.17 | 821.17 | 821.17 |
| 7I | American InfoSource LP as agent for | 7990-000 | N/A | 5.13 | 5.13 | 5.13 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $21,894.92 | $21,894.92 | $21,894.92 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-09843-BWB | | Trustee: | (330180)    THOMAS B. SULLIVAN, TRUSTEE |
| Case Name: | ARENDS, JOHN | | Filed (f) or Converted (c): | 03/13/12 (f) |
| | ARENDS, KELLIE | | §341(a) Meeting Date: | 04/05/12 |
| Period Ending: | 10/25/15 | | Claims Bar Date: | 07/31/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1   CHECKING ACCOUNT | 1,000.00 | 0.00 | | 0.00 | FA |
| 2   HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 3   BOOKS, DISCS, ETC | 150.00 | 0.00 | | 0.00 | FA |
| 4   WEARING APPAREL | 150.00 | 0.00 | | 0.00 | FA |
| 5   JEWELRY | 150.00 | 0.00 | | 0.00 | FA |
| 6   PERSONAL INJURY CASE/WIFE | Unknown | 0.00 | | 247,853.21 | FA |
| 7   1997 SATURN | 1,050.00 | 0.00 | | 0.00 | FA |
| 8   2006 CHRYSLER TOWN & COUNTRY | 7,475.00 | 0.00 | | 0.00 | FA |
| **8   Assets   Totals** (Excluding unknown values) | **$10,975.00** | **$0.00** | | **$247,853.21** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL HEARING SET FOR 8/28/15; FINAL REPORT SUBMITTED TO US TRUSTEE 6/26/15

MOTION TO PAY LIENS, EXEMPTIONS AND COUNSEL SET FOR 2/6/15; FINAL REPORT TO FOLLOW

PERSONAL INJURY CASE BEING PURSUED; SEPCIAL COUNSEL EMPLOYED 6/1/12; DEBTOR RECENTLY HAD SURGERY; DOCTORS' DEPOSITIONS ARE
SCHEDULED FOR FEBRUARY 2014; SETTLEMENT POSITION BY SUMMER OF 2014; MEDIATION SET FOR MAY 2014;

| Initial Projected Date Of Final Report (TFR): | June 30, 2015 | Current Projected Date Of Final Report (TFR): | July 14, 2015  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-09843-BWB | |
| **Case Name:** | ARENDS, JOHN | |
| | ARENDS, KELLIE | |
| **Taxpayer ID #:** | **-***0794 | |
| **Period Ending:** | 10/25/15 | |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9066 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/10/14 | {6} | ZURICH AMERICAN INSURANCE COMPANY | PI SETTLEMENT FUNDS | | 1142-000 | 247,853.21 | | 247,853.21 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 178.24 | 247,674.97 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 403.75 | 247,271.22 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 355.66 | 246,915.56 |
| 02/13/15 | 101 | KELLIE ARENDS | EXEMPTION TO DEBTOR | | 8100-002 | | 15,000.00 | 231,915.56 |
| 02/13/15 | 102 | WHITESIDE & GOLDBERG, LTD | FESS AND EXPENSES TO SPECIAL COUNSEL | | | | 77,342.86 | 154,572.70 |
| | | | FEES | 71,000.00 | 3210-600 | | | 154,572.70 |
| | | | EXPENSES | 6,342.86 | 3220-610 | | | 154,572.70 |
| 02/13/15 | 103 | LINCOLN WAY MEDICAL ASSOCIATES | MEDICAL LIENS | | 4220-000 | | 200.00 | 154,372.70 |
| 02/13/15 | 104 | PARKVIEW ORTHOPEDICS | MEDICAL LIEN | | 4220-000 | | 50.00 | 154,322.70 |
| 02/13/15 | 105 | PAIN AND SPINE INSTITUTE | MEDICAL LIEN | | 4220-000 | | 35,000.00 | 119,322.70 |
| 02/13/15 | 106 | SOUTHWEST SPINE & ORTHO | MEDICAL LIEN | | 4220-000 | | 1,146.66 | 118,176.04 |
| 02/13/15 | 107 | HINSDALE ORTHOPEDICS | MEDICAL LIEN | | 4220-000 | | 18,270.00 | 99,906.04 |
| 02/13/15 | 108 | RUSH COPLEY MEMORIAL HOSPITAL | MEDICAL LIEN | | 4220-000 | | 3,287.70 | 96,618.34 |
| 02/13/15 | 109 | VALLEY IMAGING CONSULTANTS | MEDICAL LIEN | | 4220-000 | | 326.00 | 96,292.34 |
| 02/13/15 | 110 | PROGRESSIVE SURGICAL ASSOCIATES | MEDICAL LIEN | | 4220-000 | | 4,700.00 | 91,592.34 |
| 02/13/15 | 111 | EPIC SURGICAL ASSISTANTS | MEDICAL LIEN | | 4220-000 | | 4,575.00 | 87,017.34 |
| 02/13/15 | 112 | NUWAVE MONITORING, LLC | MEDICAL LIEN | | 4220-000 | | 1,080.00 | 85,937.34 |
| 02/13/15 | 113 | PROVENA ST. JOSEPH MEDICAL CENTER | MEDICAL LIEN<br>Stopped on 08/10/15 | | 4220-000 | | 261.00 | 85,676.34 |
| 02/13/15 | 114 | FIRST RECOVERY GROUP | MEDICAL LIEN<br>Stopped on 06/05/15 | | 4220-000 | | 2,146.79 | 83,529.55 |
| 02/13/15 | 115 | IL HEALTHCARE AND FAMILY SERVICES | MEDICAL LIEN | | 4220-000 | | 8,425.00 | 75,104.55 |
| 02/26/15 | 116 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-09843, BOND NUMBER 10BSBGR6291<br>Voided on 02/26/15 | | 2300-000 | | 235.33 | 74,869.22 |
| 02/26/15 | 116 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-09843, BOND NUMBER 10BSBGR6291<br>Voided: check issued on 02/26/15 | | 2300-000 | | -235.33 | 75,104.55 |
| 02/26/15 | 117 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER | | 2300-000 | | 239.56 | 74,864.99 |

| | | |
|---|---|---|
| Subtotals : | $247,853.21 | $172,988.22 |

{} Asset reference(s)

Printed: 10/25/2015 11:20 AM    V.13.23

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-09843-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** ARENDS, JOHN | **Bank Name:** Rabobank, N.A. |
| ARENDS, KELLIE | **Account:** ******9066 - Checking Account |
| **Taxpayer ID #:** **-***0794 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 10/25/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | BALANCE AS OF 12/31/2014 FOR CASE #12-09843, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | | | | |
| 02/26/15 | 117 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #12-09843, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -239.56 | 75,104.55 |
| 02/26/15 | 118 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-09843, BOND NUMBER 10BSBGR6291 | 2300-000 | | 235.33 | 74,869.22 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 318.67 | 74,550.55 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.19 | 74,373.36 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.13 | 74,261.23 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.61 | 74,154.62 |
| 06/05/15 | 114 | FIRST RECOVERY GROUP | MEDICAL LIEN Stopped: check issued on 02/13/15 | 4220-000 | | -2,146.79 | 76,301.41 |
| 06/26/15 | 119 | Law Offices of William J. Factor | FEES TO COUNSEL | | | 2,483.66 | 73,817.75 |
| | | | FEES                2,430.00 | 3210-000 | | | 73,817.75 |
| | | | EXPENSES            53.66 | 3220-000 | | | 73,817.75 |
| 08/10/15 | 113 | PROVENA ST. JOSEPH MEDICAL CENTER | MEDICAL LIEN Stopped: check issued on 02/13/15 | 4220-000 | | -261.00 | 74,078.75 |
| 09/02/15 | 120 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $12,943.32, Trustee Compensation;  Reference: | 2100-000 | | 12,943.32 | 61,135.43 |
| 09/02/15 | 121 | AmeriCredit Financial Services, Inc. | Dividend paid 100.00% on $5,421.33; Claim# 1; Filed: $5,421.33; Reference: | 7100-000 | | 5,421.33 | 55,714.10 |
| 09/02/15 | 122 | Rjm Acquisitions Llc | Dividend paid 100.00% on $332.79; Claim# 2; Filed: $332.79; Reference: | 7100-000 | | 332.79 | 55,381.31 |
| 09/02/15 | 123 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $579.29; Claim# 3; Filed: $579.29; Reference: | 7100-000 | | 579.29 | 54,802.02 |
| 09/02/15 | 124 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $524.17; Claim# 4; Filed: $524.17; Reference: | 7100-000 | | 524.17 | 54,277.85 |
| 09/02/15 | 125 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $646.75; Claim# 5; Filed: $646.75; Reference: | 7100-000 | | 646.75 | 53,631.10 |
| 09/02/15 | 126 | FORD MOTOR CREDIT COMPANY LLC | Dividend paid 100.00% on $13,433.37; Claim# 6; Filed: $13,433.37; Reference: | 7100-000 | | 13,433.37 | 40,197.73 |
| 09/02/15 | 127 | American InfoSource LP as agent for | Dividend paid 100.00% on $821.17; Claim# 7; Filed: $821.17; Reference: | 7100-000 | | 821.17 | 39,376.56 |
| 09/02/15 | 128 | AmeriCredit Financial Services, Inc. | Dividend paid 100.00% on $33.90; Claim# 1; | 7990-000 | | 33.90 | 39,342.66 |

Subtotals :                $0.00          $35,522.33

{} Asset reference(s)

Printed: 10/25/2015 11:20 AM     V.13.23

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-09843-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** ARENDS, JOHN | **Bank Name:** Rabobank, N.A. |
| ARENDS, KELLIE | **Account:** ******9066 - Checking Account |
| **Taxpayer ID #:** **-***0794 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 10/25/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $33.90; Reference: | | | | |
| 09/02/15 | 129 | Rjm Acquisitions Llc | Dividend paid 100.00% on $2.08; Claim# 2I;<br>Filed: $2.08; Reference: | 7990-000 | | 2.08 | 39,340.58 |
| 09/02/15 | 130 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $3.62; Claim# 3I;<br>Filed: $3.62; Reference: | 7990-000 | | 3.62 | 39,336.96 |
| 09/02/15 | 131 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $3.28; Claim# 4I;<br>Filed: $3.28; Reference: | 7990-000 | | 3.28 | 39,333.68 |
| 09/02/15 | 132 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $4.04; Claim# 5I;<br>Filed: $4.04; Reference: | 7990-000 | | 4.04 | 39,329.64 |
| 09/02/15 | 133 | FORD MOTOR CREDIT COMPANY<br>LLC | Dividend paid 100.00% on $84.00; Claim# 6I;<br>Filed: $84.00; Reference: | 7990-000 | | 84.00 | 39,245.64 |
| 09/02/15 | 134 | American InfoSource LP as agent<br>for | Dividend paid 100.00% on $5.13; Claim# 7I;<br>Filed: $5.13; Reference: | 7990-000 | | 5.13 | 39,240.51 |
| 09/02/15 | 135 | ARENDS, JOHN | Dividend paid  99.96% on $39,253.86; Claim#<br>SURPLUS; Filed: $39,253.86; Reference: | 8200-002 | | 39,240.51 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 247,853.21 | 247,853.21 | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 247,853.21 | 247,853.21 | |
| Less: Payments to Debtors | | 54,240.51 | |
| **NET Receipts / Disbursements** | **$247,853.21** | **$193,612.70** | |

| | |
|---|---|
| Net Receipts : | 247,853.21 |
| Less Payments to Debtor : | 54,240.51 |
| Net Estate : | $193,612.70 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9066** | **247,853.21** | **193,612.70** | **0.00** |
| | $247,853.21 | $193,612.70 | $0.00 |